IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
TOPEKA DOCKET

**UNITED STATES OF AMERICA,**
*Plaintiff,*

Case No. **22-40084-01-TC**

v.

**ROBERT NELSON SMITH,**
*Defendant.*

## ENTRY OF APPEARANCE

Lance Sandage enters her appearance as counsel on behalf of Robert Nelson Smith, defendant, in the above-captioned matter.

Respectfully Submitted,

SANDAGE LAW LLC

/s/ Lance Sandage
Lance Sandage, KS #17816
1600 Genessee Street, Suite 662
Kansas City, MO 64102
phone 816.753.0800
fax 816.735.4602
lance@sandagelaw.com
ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

On November 14, 2022, I served this document by depositing an electronic copy of it in the Court's electronic filing system, which shall distribute notice to all attorneys of record.

/s/ Lance Sandage
Lance Sandage