# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No.   22-40084-01/02-TC |
| ) | |
| ROBERT NELSON SMITH, ) | |
| and ) | |
| WILLIAM BYRD WHYMARK, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

## GOVERNMENT'S ORGANIZATIONAL VICTIM DISCLOSURE STATEMENT

Pursuant to Rule 12.4(a)(2) of the Federal Rules of Criminal Procedure, the United States of America discloses to the Court that Saint Francis Community Services, a.k.a. Saint Francis Ministries, located in Salina, Kansas is an organizational victim of the criminal offense(s) charged in this case.

Respectfully submitted,

DUSTON J. SLINKARD
UNITED STATES ATTORNEY

s/Christine E. Kenney
CHRISTINE E. KENNEY #13542
Assistant United States Attorney
444 S.E. Quincy, Room 290
Topeka, KS  66683
(785) 295-2850

## CERTIFICATE OF SERVICE

I hereby certify that on  7th  day of December, 2022, the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record in the above-captioned case.

s/Christine E. Kenney
CHRISTINE E. KENNEY #13542
Assistant United States Attorney
444 S.E. Quincy, Room 290
Topeka, KS  66683
(785) 295-2850
