In the United States District Court
for the District of Kansas

**United States of America**,
   Plaintiff,

v.                 Case No. 22-40084-TC

**Robert Nelson Smith and
William Byrd Whymark,**
   Defendants.

### Joint Motion for Continuance

 Defendants Robert Nelson Smith and William Byrd Whymark, by and through counsel of record, move this Court to continue the status conference in this case for approximately 60 days and declare time excludable from the speedy trial act deadline for the following reasons:

 1. A status conference is currently scheduled for February 15, 2023, at 9:00 a.m.

 2. The parties request a 60-day continunce of the status conference in order to provide counsel and defendants adequate time to review discovery and continue investigation of the case. Two additional rounds of discovery have been provided in the last two weeks and counsel needs additional time to review that material.

3.  Counsel for Robert Nelson Smith has informed Mr. Smith of his rights under the Speedy Trial Act.  He understands those rights and joins in the request for a continuance. Mr. Smith does not object to the tolling of speedy trial during the requested time period.

4.  Counsel for William Byrd Whymark has informed Mr. Whymark of his rights under the Speedy Trial Act.  He understands those rights and joins in the request for a continuance. Mr. Whymark does not object to the tolling of speedy trial during the requested time period.

5.  Assistant United States Attorney Chris Kenney has no objection to this request.

6. For this reason, the ends of justice served by granting this continuance outweigh the best interest of the public and the defendants in a speedy trial. *See* 18 U.S.C. § 3161(h)(7).

Wherefore, defendants Robert Nelson Smith and William Byrd Whymark move this Court for an order continuing the hearing for 60 days, and to exclude the period from the filing of this motion to the next scheduled hearing date for the purposes of calculating deadlines under the Speedy Trial Act.

Respectfully submitted,

s/David Magariel
David Magariel, #21748
Assistant Federal Public Defender
500 State Ave., Suite 201
Kansas City, Kansas 66101
Phone: (913) 551-6712
Fax: (913) 551-6562
Email: david_magariel@fd.org
Counsel for William Byrd Whymark

s/ Lance Sandage
Lance Sandage, #17816
Sandage Law LLC
1600 Genessee Street, Suite 662
Kansas City, Missouri 64102
Telephone: (816) 753-0800
Fax: (816) 735-4602
E-mail: lance@sandagelaw.com
Counsel for Robert Nelson Smith

**CERTIFICATE OF SERVICE**

I certify that on February 10, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all interested parties.

s/David Magariel
David Magariel, #21748

3