# UNITED STATES DISTRICT COURT
## District of Kansas

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

      v.                         **CASE NO. 22-40084-TC**

**ROBERT NELSON SMITH, and**
**WILLIAM BYRD WHYMARK.**
          **Defendants.**

## Entry of Appearance
## Notice of Withdrawal

Pursuant to D. Kan. Rule 83.5.5(c), Assistant United States Attorney Sara L. Walton enters her appearance as counsel for plaintiff, and withdrawal Christine Kenney as counsel for plaintiff.

                                    Respectfully submitted,

                                    KATE E. BRUBACHER
                                    United States Attorney

s/Sara L. Walton
Sara L. Walton
Assistant U.S. Attorney
444 SE Quincy, Rm 290
Topeka, KS   66683
785-295-2850

s/Christine Kenney
Christine Kenney
Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on June 13, 2023, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing.

s/Sara L. Walton
Sara L. Walton
Assistant U.S. Attorney

s/Christine Kenney
Christine Kenney
Assistant U.S. Attorney