IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
TOPEKA DOCKET

**UNITED STATES OF AMERICA,**
    *Plaintiff,*

                                        Case No. **22-CR-40084-TC**

v.

**ROBERT NELSON SMITH,**
    *Defendant.*

## MOTION TO CONTINUE

Defendant Robert Nelson Smith, through counsel, Sarah G. Hess and Lance D. Sandage, respectfully moves this Court to continue the status conference for approximately 90 days and declare the time excludable from the speedy trial act deadline for the following reasons:

1. A status conference is currently scheduled for June 21, 2023, at 9:00 a.m.

2. The discovery has been disseminated and currently consists of approximately 110 GB, including a large number of financial records. Further discovery disclosures are anticipated.

3. Counsel has begun review of the discovery, both in-house and with Mr. Smith.

4. Mr. Smith and undersigned counsel require additional time to continue review the discovery, to hire and consult with any necessary experts, and to have the time necessary for counsel's effective preparation, considering the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). This cannot

1

reasonably be done by June 21, 2023.

5. Skipper Jacobs, Assistant United States Attorney, was consulted and does not object to this continuance.

6. David Magariel, co-defendant counsel for William Whymark, also has no objections to this continuance.

7. Mr. Smith has been informed of the statutory right to a speedy trial, joins in this request to continue, and does not object to the tolling of speedy trial during the requested period.

8. Upon information and belief, based on conversations with Mr. Magariel, Mr. Whymark has also been informed of the statutory right to a speedy trial, joins in this request to continue, and does not object to the tolling of speedy trial during the requested period.

9. This continuance is not sought for the purpose of dilatory delay but is sought in truth and fact that Mr. Smith may be afforded due process of law under the Fifth Amendment to the United States Constitution and afforded effective assistance of counsel under the Sixth Amendment to the United States Constitution. In accordance with 18 U.S.C. §§ 3161(h)(7)(A) and (b)(iv), it is submitted that the above stated reasons for a continuance outweigh the best interest of the public and the defendant to a speedy trial, which is required by 18 U.S.C. § 3161(c)(1).

10. Under 18 U.S.C. § 3161(h)(8)(A), the time until the next setting should be excluded in computing the time in which the defendant should be brought to

trial under the Speedy Trial Act.

WHEREFORE Mr. Smith respectfully moves this Court for an order continuing the status conference for approximately 90 days, to exclude the period from filing the motion to the next scheduled hearing date to calculate deadlines under the Speedy Trial Act, and for whatever other relief this Court deems just and proper.

    Respectfully Submitted,

    SANDAGE LAW LLC

    /s/ Sarah G. Hess
    Sarah G. Hess, KS #26262
    Lance D. Sandage, KS #17816
    1600 Genessee Street, Suite 662
    Kansas City, MO 64102
    phone 816.753.0800
    fax 816.735.4602
    sarah@sandagelaw.com
    lance@sandagelaw.com
    ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

On June 14, 2023, I served this document by depositing an electronic copy of it in the Court's electronic filing system, which shall distribute notice to all attorneys of record.

    /s/ Sarah G. Hess
    Sarah G. Hess