# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS
# TOPEKA DOCKET

**UNITED STATES OF AMERICA,**
*Plaintiff,*

Case No. **22-CR-40084-TC**

v.

**ROBERT NELSON SMITH,**
*Defendant.*

## MOTION TO WITHDRAW

COMES NOW Lance D. Sandage, counsel for defendant Robert Smith, and moves this Court for an order granting leave to withdrawal as counsel of record for Mr. Smith based on the appointment of counsel pursuant to the Criminal Justice Act (CJA). Undersigned counsel offers the following in support:

1. On November 9, 2022, an indictment was filed again Mr. Smith, *inter alia*, charging him with one count of Conspiracy to Commit Wire Fraud, in violation of 18 U.S.C. § 1349; 15 counts of Wire Fraud, in violation of 18 U.S.C. § 1343; and one count of Money Laundering, in violation of 18 U.S.C. § 1957. (Doc. 1).

2. Mr. Smith retained Sandage Law LLC — specifically Lance D. Sandage and Sarah G. Hess — to represent him in this matter. Ms. Hess entered her appearance on November 12, 2022, and Mr. Sandage entered his appearance on November 14, 2022. (Docs. 2; 4).

3. On December 28, 2023, the Court granted Mr. Smith's motion and appointed Ms. Hess as CJA counsel. (Doc. 43).

4.     As Mr. Smith now qualifies for and has been appointed CJA counsel, undersigned counsel's retained services are no longer necessary or desired.

5.     Mr. Smith was informed of undersigned counsel's intent to file this motion during a telephone conference on December 28, 2023.

WHEREFORE, for the reasons stated herein, undersigned counsel requests an order granting withdrawal as Mr. Smith's attorney of record, and for such other relief as the court deems just and proper.

Respectfully Submitted,

SANDAGE LAW LLC

/s/ Lance D. Sandage
Lance D. Sandage, KS #17816
1600 Genessee Street, Suite 662
Kansas City, MO 64102
phone 816.753.0800
fax 816.735.4602
lance@sandagelaw.com

## CERTIFICATE OF SERVICE

On January 10, 2024, I served this document by depositing an electronic copy of it in the Court's CM/ECF system, which shall distribute notice to all attorneys of record, and a copy was mailed to defendant Robert Smith.

/s/ Lance D. Sandage
Lance D. Sandage