## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS
## TOPEKA DOCKET

**UNITED STATES OF AMERICA,**
        *Plaintiff,*

                                                        Case No.  **22-CR-40084-TC**

v.

**ROBERT NELSON SMITH,**
        *Defendant.*

---

### WAIVER OF DEFENDANT ROBERT SMITH'S PRESENCE

---

Pursuant to Rule 43 of the Federal Rules of Criminal Procedure, the defendant Robert Smith waives his right to be present in person at the status conference scheduled for December 19, 2024. Mr. Smith requests that the Court proceed during his absence; he agrees that his interests will be deemed represented by the presence of his attorney, the same as if Mr. Smith were personally present; and further agrees to be present in court ready at any time going forward the Court may require.

Mr. Smith further acknowledges that he has been informed of his rights under 18 U.S.C. §§ 3161-3174 (The Speedy Trial Act) and authorizes his attorney to set times and delays under the Act without Mr. Smith being present.

                                        Robert Nelson Smith

Dated: December 17, 2024

1

I agree with and consent to my client's waiver of appearance.

/s/ Sarah G. Hess
Sarah G. Hess, #26262
SANDAGE LAW LLC
1600 Genessee St., Suite 662
Kansas City, MO 64102
sarah@sandagelaw.com
phone: 816.753.0800
fax: 816.735.4602
ATTORNEY FOR MR. SMITH

## CERTIFICATE OF SERVICE

On December 18, 2024, I served this document by depositing an electronic copy in the Court's electronic filing system, which shall distribute notice to all attorneys of record.

/s/ Sarah G. Hess
Sarah G. Hess