UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | | | | |
|---|---|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | | | |
| | ) | | | |
| | Plaintiff, ) | Case Number: | **22-40084** |
| **vs.** | ) | | | |
| | ) | | | |
| **ROBERT NELSON SMITH (1),** | ) | | | |
| **WILLIAM BYRD WHYMARK (2)** | ) | | | |
| | Defendants, ) | Date of Hearing: | **12/19/2024** |
| _____ | ) | | | |

**CRIMINAL MINUTE SHEET – STATUS CONFERENCE**

| JUDGE: | **Hon. Toby Crouse, United States District Judge** |
|---|---|
| COURT REPORTER: | **Kelli Stewart** |
| COURTROOM DEPUTY: | **Traci Anderson** |
| TIME IN COURT: | **10 minutes** |

**APPEARANCES:**   parties appear: **IN PERSON**
- UNITED STATES OF AMERICA:   **Sara Walton**
- SMITH'S COUNSEL:   **Sarah Hess**
- WHYMARK'S COUNSEL:   **Lydia Albert**
- DEFENDANTS   Waivers filed – on Release – Not present

**NATURE OF HEARING:**

The parties agree on a pretrial motions briefing schedule.  The Court sets the following:

|   |   |
|---|---|
| Rule 12 motions due: | 3/21/25 |
| Responses due: | 4/4/25 |
| Replies due: | 4/11/25 |
| Motion Hearing: | 5/14/25 at 9:30 a.m. in Courtroom 401 (remainder of the day) |
| Status Conference: | 6/25/25 at 9:00 a.m. in Courtroom 401 |

The Court makes ends of justice findings pursuant to 18 U.S.C. § 3161(h)(7)(A) and speedy trial time is excluded from today until 6/25/25 as to both defendants.

Defendants remain on pretrial release.

1