**In the United States District Court
for the District of Kansas**

**United States of America**,
        Plaintiff,

v.                                                      Case No. 5:22-cr-40084-TC

**Robert Nelson Smith**,
**and**
**William Byrd Whymark**,
        Defendants.

**Parties' Joint Motion for Pre-Plea Presentence Investigation Reports**

For the reasons discussed below, the parties jointly request the preparation of pre-plea draft Presentence Investigation Reports (PSRs).[1]

1. The parties are presently involved in plea negotiations and anticipate resolving this case without a trial.

2. This case presents potentially complicated loss calculations.[2] Obtaining pre-plea draft PSRs would materially facilitate the parties' ongoing plea negotiations by allowing them to quickly and efficiently identify areas of potential agreement, while simultaneously isolating any disputed loss issues that may truly require litigation—ultimately conserving the time and resources of the parties, the United States Probation Office, and the Court.

3. For these reasons, the parties jointly request the preparation of pre-plea

---

[1] *See* D. Kan. Crim. R. 32.1(a).

[2] *See* U.S.S.G. § 2B1.1.

draft PSRs, using Count 1 of the indictment[3] as the relevant offense of conviction.

## Conclusion

For the reasons discussed above, the parties respectfully request the preparation of pre-plea draft PSRs.

    Respectfully submitted,

    s/Lydia Krebs Albert
    Lydia Krebs Albert, Sup. Ct. No. 22673
    Assistant Federal Public Defender
    632 SW Van Buren Street, Suite 200
    Topeka, KS 66603-3840
    Phone: 785-232-9828
    Fax:  785-232-9886
    Email: lydia_krebs_albert@fd.org
    Attorney for William Byrd Whymark

    s/ Sarah G. Hess
    Sarah G. Hess, KS #26262
    1600 Genessee Street, Suite 662
    Kansas City, MO 64102
    Phone 816.753.0800
    Fax 816.735.4602
    Email: sarah@sandagelaw.com
    Attorney for Robert Nelson Smith

    /s/ Skipper S. Jacobs
    Skipper S. Jacobs, KS Bar No. 26848
    Assistant United States Attorney
    District of Kansas
    290 US Courthouse
    444 SE Quincy
    Topeka, KS 66683-3592
    Phone: 785-295-2850
    Email: skipper.jacobs@usdoj.gov

---

[3] Doc. 1 at 9.

/s/ Sara L. Walton
Sara L. Walton, KS Bar. No. 24106
Assistant United States Attorney
District of Kansas
290 US Courthouse
444 SE Quincy
Topeka, KS 66683-3592
Phone: 785-295-2850
Email: sara.walton@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on February 25, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all interested parties.

s/ Lydia Krebs Albert
Lydia Krebs Albert, KS #22673

3