IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
TOPEKA DOCKET

**UNITED STATES OF AMERICA,**
  *Plaintiff,*

                Case No. **22-CR-40084-TC**

v.

**ROBERT NELSON SMITH,**
  *Defendant.*

## MOTION TO TRAVEL

COMES NOW defendant Robert Nelson Smith, by and through counsel, Sarah G. Hess, and respectfully requests this Court for an Order allowing Mr. Smith to travel from his residence in Johnson City, Tennessee, to San Salvador, El Salvador, from on or about June 11, 2025, through on or about June 17, 2025. In support, Mr. Smith offers the following:

1. On November 9, 2022, an indictment was filed charging Mr. Smith with one count of conspiracy to commit wire fraud, in violation of 18 U.S.C. § 1349; 15 counts of wire fraud, in violation of U.S.C. § 1343; and one count of money laundering, in violation of 18 U.S.C. § 1957. (Doc. 1).

2. On November 14, 2022, Mr. Smith appeared before United States Magistrate Judge Schwartz for his arraignment and detention hearing. (Doc. 5). Mr. Smith was released on pretrial release. (Docs. 5; 8).

3. On that same date, Mr. Smith surrendered his United States passport to the Court. (Doc. 10).

1

4. Mr. Smith currently has a motion hearing set for May 14, 2025, and a Status Conference set for June 25, 2025.

5. Mr. Smith's conditions of pretrial release do not include a provision restricting his travel, but did include the provision necessitating the surrender of his passport. (Doc. 8).

6. No pretrial violation reports have been filed against Mr. Smith, and he has always been, and remains, in full compliance with his conditions of release.

7. Mr. Smith would like to travel to Colegio Internacional de San Salvador in San Salvador, El Salvador to attend and celebrate his daughter's high school graduation.

8. If allowed, Mr. Smith would fly into San Salvador, El Salvador on June 13, 2025, and fly back to Kansas City on June 17, 2025. Should this request be granted, Mr. Smith would provide confirmation and full itinerary to his probation officer. While in San Salvador, Mr. Smith would stay at an Airbnb near his ex-wife's apartment, with his other three daughters in San Benito, San Salvador, El Salvador. Following the graduation, the family may also travel to the beach community of Los Cobanos.

9. If allowed, Mr. Smith would need to obtain his United States passport from the Court for this limited travel only. Upon his return, he would re-surrender his passport to the Court.

10. Mr. Smith will continue to comply with the currently set conditions of supervision and will certainly comply with any additional conditions the Court may want to place on him while out of the country.

11. Undersigned counsel contacted Skip Jacobs, Assistant United States Attorney. Because of the international nature of the travel, Mr. Jacobs objects to this request.

12. Undersigned counsel also contacted Joshua Nease, United States Probation Officer in the Eastern District of Tennessee. Mr. Nease has been supervising Mr. Smith since his move to Tennessee in 2024. Mr. Nease has no objection to Mr. Smith's requested travel as Mr. Smith has been in full compliance with his conditions of release.

WHEREFORE Mr. Smith respectfully requests this Court for an Order allowing him to leave the country on June 13, 2025, and return on June 17, 2025, to travel to El Salvador for his daughter's high school graduation, and for whatever other relief this Court deems just and proper.

Respectfully Submitted,

SANDAGE LAW LLC

/s/ Sarah G. Hess
Sarah G. Hess, KS #26262
1600 Genessee Street, Suite 662
Kansas City, MO 64102
phone 816.753.0800
fax 816.735.4602
sarah@sandagelaw.com
ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

      On March 17, 2025, I served this document by depositing an electronic copy of it in the Court's electronic filing system, which shall distribute notice to all attorneys of record.

/s/ Sarah G. Hess
Sarah G. Hess
