IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
TOPEKA DOCKET

**UNITED STATES OF AMERICA,**
    *Plaintiff,*

Case No. **22-CR-40084-TC**

v.

**ROBERT NELSON SMITH,**
    *Defendant.*

## MOTION TO CONTINUE CHANGE OF PLEA HEARING

Robert Smith, through counsel, Sarah G. Hess, respectfully requests this Court continue the currently scheduled Change of Plea hearing on September 3, 2025, to a setting approximately 30 days out from the current setting.

### SUGGESTIONS IN SUPPORT

1. On May 27, 2025, Mr. Smith entered his notice of intent to change plea, (Doc. 75). The parties requested a change of plea hearing be set for approximately 90 days out. Mr. Smith's change of plea hearing was scheduled for September 3, 2025. (Doc. 75).

2. The parties remain engaged in ongoing negotiations regarding the specifics of Mr. Smith's plea agreement but require additional time to fine tune the details. This cannot be completed by September 3, 2025, in such a way that undersigned counsel will have the time necessary for counsel's effective preparation of Mr. Smith for the hearing, considering the exercise of due diligence.

3. Assistant United States Attorney Sara Walton has been consulted and does not object to this continuance request.

WHEREFORE Mr. Smith requests that the Court continue the change of plea hearing currently set for September 3, 2025, to a setting approximately 30 days out from the current setting, or for whatever other relief this Court deems just and proper.

Respectfully Submitted,

/s/Sarah G. Hess
Sarah G. Hess, KS # 26262
SANDAGE LAW LLC
1600 Genessee St., Suite 662
Kansas City, MO 64102
sarah@sandagelaw.com
phone: 816.753.0800
fax: 816.735.4602

**CERTIFICATE OF SERVICE**

On August 29, 2025, I served this document by depositing an electronic copy of it in the Court's CM/ECF system, which shall distribute notice to all attorneys of record.

/s/Sarah G. Hess
Sarah G. Hess