IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
TOPEKA DOCKET

**UNITED STATES OF AMERICA,**
    *Plaintiff,*

Case No. **22-CR-40084-TC**

v.

**ROBERT NELSON SMITH,**
    *Defendant.*

### MOTION TO CONTINUE CHANGE OF PLEA HEARING

Robert Smith, through counsel, Sarah G. Hess, respectfully requests this Court continue the currently scheduled Change of Plea hearing on November 25, 2025, to a setting approximately 45 days out from the current setting.

### SUGGESTIONS IN SUPPORT

1. On May 27, 2025, Mr. Smith entered his notice of intent to change plea, (Doc. 75). The parties requested a change of plea hearing be set for approximately 90 days out. Mr. Smith's change of plea hearing was scheduled for September 3, 2025. (Doc. 75).

2. On August 29, 2025, Mr. Smith filed an unopposed motion to continue his change of plea hearing, (Doc. 78), which the Court granted, resetting the hearing for October 2, 2025. (Docs. 81, 82). And on September 29, 2025, Mr. Smith filed another unopposed motion to continue his change of plea hearing, (Doc. 86), which the Court granted, resetting the hearing for November 25, 2025. (Doc. 87).

3. The parties remain engaged in ongoing discussions aimed at resolving the case, including complex issues that directly impact the calculation of the

1

Sentencing Guidelines. To meet the professional and ethical duty of due diligence, and to provide Mr. Smith with the effective assistance of counsel required to ensure any plea is knowing and voluntary under Rule 11, counsel requires additional time to review and confirm underlying factual bases essential to proper sentencing advice. This necessary preparation cannot be completed by the currently scheduled hearing date of November 25, 2025.

4. Undersigned counsel does not know the position of Assistant United States Attorney Sara Walton but, based on prior discussions, believes that government would like to proceed with the change of plea hearing as currently set.

WHEREFORE Mr. Smith requests that the Court continue the change of plea hearing currently set for November 25, 2025, to a setting approximately 45 days out from the current setting, or for whatever other relief this Court deems just and proper.

Respectfully Submitted,

/s/Sarah G. Hess
Sarah G. Hess, KS # 26262
SANDAGE LAW LLC
1600 Genessee St., Suite 662
Kansas City, MO 64102
sarah@sandagelaw.com
phone: 816.753.0800
fax: 816.735.4602

**CERTIFICATE OF SERVICE**

3

      On November 20, 2025, I served this document by depositing an electronic copy of it in the Court's CM/ECF system, which shall distribute notice to all attorneys of record.

                                                    /s/Sarah G. Hess
                                                    Sarah G. Hess