IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
TOPEKA DOCKET

**UNITED STATES OF AMERICA,**
    *Plaintiff,*

Case No. **22-CR-40084-TC**

v.

**ROBERT NELSON SMITH,**
    *Defendant.*

---

### EMERGENCY MOTION TO CONTINUE HEARING ON MOTION TO CONTINUE CHANGE OF PLEA HEARING AND/OR FOR ALTERNATIVE APPEARANCE

---

Robert Smith, through counsel, Sarah G. Hess, respectfully requests this Court to either:

1. Permit Mr. Smith to appear via video conference at the hearing currently set for November 25, 2025; or in the alternative,

2. Continue the hearing currently set for November 25, 2025, on Mr. Smith's Motion to Continue Change of Plea Hearing (Doc. 96) to the first or second week of December 2025.

### SUGGESTIONS IN SUPPORT

1. On November 20, 2025, Mr. Smith filed a Motion to Continue Change of Plea Hearing (Doc. 96). Later that day, the Court entered an Order (Doc. 97) setting a hearing on that motion for November 25, 2025, and requiring Mr. Smith's personal attendance.

2. Because the parties remain engaged in ongoing discussions aimed at resolving the case, and undersigned counsel and Mr. Smith did not believe such

1

resolution was likely to occur prior to November 25, 2025, Mr. Smith did not make arrangements to travel to Kansas City.

3. The Court's Order requiring Mr. Smith's appearance was entered with only four (4) calendar days' notice. Mr. Smith resides in Tennessee, necessitating a three-day round-trip commitment for travel and the hearing.

4. While Mr. Smith has diligently worked and saved to manage the substantial expense of traveling from Tennessee to Kansas for the ultimate Change of Plea hearing (when the parties were prepared to proceed), he did not, and could not, budget for this additional, last-minute, and unexpected travel requirement for an unexpected motion hearing.

5. Mr. Smith has zero savings. He is not able to afford airfare and the costs of last-minute gas, tolls, food, and uncertain lodging for the required road trip would completely deplete his available funds. Furthermore, compliance requires missing three full days of critical work (Monday through Wednesday), resulting in lost wages and severe financial hardship.

6. Mr. Smith's absence would severely impact his community. He is scheduled to provide primary and secondary "on-call" assistance to job seekers, including covering an office in a community impacted by Hurricane Helene. His mandatory absence will result in the closure of this assistance office until the following week.

7. Proposed Alternative and Statutory Basis for Continuance:

- **Option 1: Appearance by Zoom (Most Immediate Relief):** Given the

nature of the hearing is purely procedural—determining counsel's need for more time—Mr. Smith's physical presence is not essential. Counsel requests that Mr. Smith be allowed to appear via Zoom to eliminate the travel burden while satisfying the Court's requirement that he attend.

- **Option 2: Continuance to Allow Filing under 18 U.S.C. § 4285:** Should the Court require in-person attendance to hear the Motion to Continue, a continuance to the first or second week of December 2025 is necessary. Counsel requires this brief additional time to properly prepare and file a separate motion pursuant to 18 U.S.C. § 4285 ("Transportation for indigent defendants"), which authorizes the payment of transportation costs for indigent persons required to appear in court. Counsel can properly present the statutory motion, and Mr. Smith can then secure necessary travel, should the Court deem his physical presence mandatory.

WHEREFORE Mr. Smith respectfully requests that the Court enter an Order either:

1. Permitting Mr. Smith to appear via videoconference on November 25, 2025; or, in the alternative,

2. Continuing the hearing on the Motion to Continue to the first or second week of December 2025 to permit the filing of a motion under 18 U.S.C. § 4285,

or for whatever other relief this Court deems just and proper.

3

Respectfully Submitted,

/s/Sarah G. Hess
Sarah G. Hess, KS # 26262
SANDAGE LAW LLC
1600 Genessee St., Suite 662
Kansas City, MO 64102
sarah@sandagelaw.com
phone: 816.753.0800
fax: 816.735.4602

**CERTIFICATE OF SERVICE**

On November 21, 2025, I served this document by depositing an electronic copy of it in the Court's CM/ECF system, which shall distribute notice to all attorneys of record.

/s/Sarah G. Hess
Sarah G. Hess