## UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS

UNITED STATES OF AMERICA,
                Plaintiff,

v.                                                   Case Nos.:    22-40084-TC

ROBERT NELSON SMITH,
                Defendant.

### CRIMINAL MINUTE SHEET – STATUS CONFERENCE
### November 25, 2025

| JUDGE: | **Hon. Toby Crouse,  United States District Judge** |
|---|---|
| COURT REPORTER: | **Kelli Stewart** |
| COURTROOM DEPUTY: | **Melinda Barnes** |
| Time in Court: | **6 minutes** |

**APPEARANCES:**   *The parties appear:*  **IN PERSON – COURTROOM 401**
- UNITED STATES OF AMERICA:   **Sara Walton**
- DEFENDANT'S COUNSEL:   **Sara Hess**
- DEFENDANT:   **On Release – present at hearing**

**NATURE OF HEARING:**

**Requesting Continuance:**
Defense counsel requests a continuance to allow more time to finalize discovery and review with defendant. Request is denied.

The Court sets the jury trial to begin **May 5, 2026, at 9:00 a.m.** in Topeka, Courtroom 401, before Judge Toby Crouse for an estimated 10 **days.**

Pretrial Conference set for **April 23, 2026, at 1:30 p.m**. in Topeka, Courtroom 401, before Judge Toby Crouse.

Court makes ends of justice findings pursuant to 18 U.S.C. § 3161(h)(7)(A) and speedy trial time is excluded from today until 5/5/26 as to Defendant Smith.

Trial Order to follow.

Defendant remains on release.