UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

**UNITED STATES OF AMERICA,** ) Case Number: **22-40084**
　　　　　　　　　Plaintiff, )
**vs.** )
　　　　　　　　　　　　　　　)
**ROBERT NELSON SMITH (1)** )
　　　　　　　　　　　　　　　)
　　　　　　　　　Defendants. ) Date of Hearing: **2/19/26**
_____

**CRIMINAL MINUTE SHEET – CHANGE OF PLEA**

| JUDGE: | **Hon. Toby Crouse, United States District Judge** |
|---|---|
| COURT REPORTER: | **Kelli Stewart** |
| COURTROOM DEPUTY: | **Traci Anderson** |
| TOTAL TIME IN COURT: | **37 minutes** |

**APPEARANCES**:　　parties appear: **IN PERSON**
- UNITED STATES OF AMERICA:　　**Sara Walton**
- DEFENDANT SMITH'S COUNSEL:　　**Sarah Hess**
- DEFENDANTS:　　**On Release**

**NATURE OF HEARING:**

☒ **Change of Plea – Count 12 of the Indictment**　　☒ **Felony**

**PROCEEDINGS**:

☒ **Defendant sworn**

☒ **Plea to Indictment as to Count 12**

　　☒ **Waives Reading of Indictment**

　　☐ **Charge(s) of Indictment to which defendant is pleading guilty read**

☒ **Advised as to consequences of entering plea**

☒ **Advised of maximum penalties and punishments to charges to which defendant is pleading guilty**

☒ **Advised how United States Sentencing Guidelines may apply in case**

**Plea Agreement:**　　☐ **YES**　　☒ **NO**

☒ **PLEA PETITION signed and filed in open court**

☒ **Factual Basis of Plea read**

**COURT FINDINGS:**

☒ **Court finds factual basis for plea to guilty to the crimes charged**

☒ **Court takes plea under advisement and will defer judgment until sentencing.**

| OFFENSE(S): | Count 12 of Indictment : | 18:1343 - Wire Fraud |

☒ **Presentence Investigation Report (PSR) ordered *and* shall be completed and filed prior to next scheduled court appearance.**

**SCHEDULING:**

☒ **Sentencing Hearing** set for **July 15, 2026, at 10:00 a.m.**
    Sentencing Memorandum for both parties are due:  July 8, 2026

**CUSTODY**:

☒ **Defendant remains on release.**