## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS
## TOPEKA DOCKET

**UNITED STATES OF AMERICA,**
       *Plaintiff,*

                                          Case No.  **22-CR-40084-TC**

v.

**ROBERT NELSON SMITH,**
       *Defendant.*

---

**MOTION TO WITHDRAW AS COURT-APPOINTED COUNSEL AND FOR THE APPOINTMENT OF SUBSTIUTE COUNSEL UNDER THE CRIMINAL JUSTICE ACT**

---

Sarah G. Hess, undersigned court-appointed counsel for Robert Smith, moves this Court, pursuant to Rule 83.5.5 of the Rules of Practice and Procedure for the United States District Court for the District of Kansas, for an Order allowing counsel to withdraw as counsel for Robert Smith, and for the appointment of substitute counsel under the Criminal Justice Act. In further support of the motion, counsel offers the following suggestions:

1. Counsel moves to withdraw as appointed counsel under Kansas Rules of Professional Conduct, Rule 1.16(b)(5) and Rule 1.7.

2. Counsel is a small firm practitioner involved in the private practice of federal criminal defense and accepting appointments under the Criminal Justice Act. Counsel has recently accepted a position with the Office of the Federal Public Defender for the District of Kansas. Upon conducting a conflict-of-interest check, it has been determined that a conflict exists between Counsel's new employment and the continued representation of

1

Robert Smith that cannot be waived or mitigated. Counsel is to report for duty at the Federal Public Defender's Office on June 14, 2026.

3. Mr. Smith is on release in this case.

4. By service of this motion, counsel advises Mr. Smith that he is personally responsible for complying with all orders of the Court and time limitations established by the rules of procedure or by court order.

5. At the time of filing this motion, the Court has scheduled a Sentencing Hearing at 10:00 a.m. on July 15, 2026.

6. Counsel informs the Court that, as stated in the certificate of service below, counsel has served Mr. Smith with a copy of this motion to withdraw by certified mail. In addition, the undersigned counsel has fully discussed the issues raised in this motion with Mr. Smith.

7. Counsel believes that successor counsel should be appointed for Mr. Smith at this juncture. This criminal case is complex and involves a large volume of discovery. Successor counsel will need sufficient time to review the discovery in this case. The appointment of successor counsel will also allow sufficient time for the undersigned counsel to transition the case file and to meet and confer with new counsel to review the legal work that has already been performed in this matter on behalf of Mr. Smith.

8. Counsel is willing to continue to represent Mr. Smith until substitute counsel is appointed by this Court. Thus, the provisions of Local Rule 83.5.5(a) should not apply.

9. Counsel has also notified the government of his recent acceptance of his position of Assistant Federal Public Defender for the District of Kansas.

10. It is respectfully suggested that substitute counsel be appointed by the Court before, or at the same time, that the undersigned is granted leave to withdraw in this matter to ensure continuous representation of the defendant and to promote a smooth transition of this case to new counsel.

WHEREFORE, based on the foregoing, undersigned counsel Sarah G. Hess respectfully seeks this Court's order granting this motion to withdraw and for this Court's order appointing substitute counsel pursuant to the Criminal Justice Act to represent Mr. Smith in this case, and for any further relief deemed proper in these circumstances.

Respectfully Submitted,

SANDAGE LAW LLC

/s/ Sarah G. Hess
Sarah G. Hess, KS #26262
1600 Genessee Street, Suite 662
Kansas City, MO 64102
phone 816.753.0800
fax 816.735.4602
sarah@sandagelaw.com
ATTORNEY FOR MR. SMITH

## CERTIFICATE OF SERVICE

On April 30, 2026, I served this document by depositing an electronic copy of it in the Court's electronic filing system, which shall distribute notice to all attorneys of record.

/s/ Sarah G. Hess
Sarah G. Hess

3