IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>   v.<br><br>ROBERT NELSON SMITH (01);<br>WILLIAM BYRD WHYMARK (02),<br>            Defendant.<br>_____ | )<br>)<br>)<br>)<br>)   Case No. 5:22-CR-40084-TC<br>)<br>)<br>)<br>)<br>)<br>) |

## <u>UNITED STATES' NOTICE TO THE COURT</u>

Comes now the United States of America, by and through its attorney, Sara L. Walton, Assistant United States Attorney for the District of Kansas, and hereby gives notice to the Court that to the best of its knowledge the investigation and/or prosecution of this action:

☐     Involved the Kansas Bureau of Investigation (KBI), its agents, laboratory, or any services thereof between January 9, 2023 and present; or

☒     Did not involve the Kansas Bureau of Investigation (KBI), its agents, laboratory, or any services thereof between January 9, 2023 and present.

                     Respectfully submitted,

                     RYAN A. KRIEGSHAUSER
                     United States Attorney


                     /s/ Sara L. Walton
                     Sara L. Walton, #24106 Assistant
                     United States Attorney District of
                     Kansas
                     444 SE Quincy, Suite 200
                     Topeka, KS 66683
                     Phone: (785) 295-2680
                     sara.walton@usdoj.gov