**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF KANSAS**

UNITED STATES OF AMERICA,      )
                               )
      Plaintiff,               )
                               )
vs.                            )      Case No. 5:22-cr-40084-TC
                               )
ROBERT NELSON SMITH,           )
                               )
      Defendant.               )

**DEFENDANT'S MOTION TO CONTINUE SENTENCING**
**AND RESET RELATED DEADLINES**

Robert Nelson Smith, by and through appointed counsel, respectfully moves the Court to continue the sentencing hearing currently set for July 15, 2026, for a period of 90 days, and to reset any related deadlines for objections to the presentence report and sentencing submissions.

In support, Mr. Smith states as follows:

1. Mr. Smith is presently scheduled to be sentenced on July 15, 2026.

2. Mr. Smith was previously represented by Sarah Hess. Ms. Hess obtained leave of Court to withdraw after accepting a position with the Federal Public Defender's Office.

3. Undersigned counsel was appointed to represent Mr. Smith on May 1, 2026. By that time, the indictment, plea proceedings, and presentence investigation process had already occurred, and the presentence report had been prepared.

4. Since appointment, counsel has begun reviewing the case materials and preparing for sentencing. But counsel needs additional time to complete that work. The discovery includes voluminous financial records and electronic communications that must be reviewed carefully and discussed with Mr. Smith.

1

5. Counsel also needs additional time to research and prepare objections to the presentence report. The presentence report includes a loss calculation that Mr. Smith is inclined to challenge, and that issue may affect the advisory guideline range. The report also includes other guideline enhancements that require further review and may be subject to objection.

6. In addition, counsel needs time to gather Mr. Smith's social history from Mr. Smith and from others who know him, and to develop a mitigation presentation under 18 U.S.C. § 3553(a). A sentencing hearing in this case will require counsel to address both guideline issues and the broader sentencing factors.

7. This request is not made for purposes of delay. Rather, a continuance is necessary to allow newly appointed counsel a fair opportunity to review the discovery, consult meaningfully with Mr. Smith, evaluate and present any appropriate objections, and prepare a complete mitigation case.

8. Counsel has conferred with Sara Walton, counsel for the United States, and the United States does not oppose this request.

WHEREFORE, Mr. Smith respectfully requests that the Court continue the sentencing hearing presently set for July 15, 2026, to a date at least ninety days later, or to another date convenient to the Court, and reset the related deadlines for presentence report objections and sentencing submissions.

Respectfully submitted,

**JOHNSTON LAW FIRM LLC**

/s/ J. Justin Johnston
J. Justin Johnston        KS #20101
811 Grand Blvd., #101
Kansas City, MO 64106
Tel: (816) 739-4538
Fax:    (816) 421-5403
jjj@johnstonlawkc.com
***ATTORNEY FOR DEFENDANT***

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of June 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system for electronic delivery to all counsel of record.

/s/ J. Justin Johnston
***Attorney for Defendant***

3